# EXHIBIT E

Performance Review

## Barnes & Noble, Inc.

### Performance Document - Performance Review

### Manager Evaluation

Kelly Brown, Cafe Manager
Performance Review: 04/28/2013 - 05/03/2014

Region: 7    District: 124    Location: 02236
Reviewer: Nora Whitlock
The document status is Completed.

Return to Evaluation

### Section 1 - Competencies

#### Competency 1: Approachability

| | |
|---|---|
| Is easy to approach and talk to | 4 - Talented |
| Spends the time to put others at ease | 3 - Skilled |
| Is sensitive to the interpersonal anxieties of others | 3 - Skilled |
| Builds rapport well | 4 - Talented |
| Is a good listener | 4 - Talented |
| Obtains info from others early, in enough time to react | 3 - Skilled |

Rating:   3 - Skilled                     3.5

#### Competency 2: Business Acumen

| | |
|---|---|
| Knows how retail businesses work | 3 - Skilled |
| Is knowledgeable about policies and trends affecting B&N | 3 - Skilled |
| Knows the competition | 3 - Skilled |
| Is aware of how strategies & tactics work in the marketplace | 3 - Skilled |

Rating:   3 - Skilled                     3.0

#### Competency 3: Composure

| | |
|---|---|
| Remains calm under pressure | 3 - Skilled |
| Does not get irritated or defensive in tough situations | 3 - Skilled |
| Can handle stress and manage the unexpected | 3 - Skilled |
| Acts as a settling influence in a crisis | 4 - Talented |

Rating:   3 - Skilled                     3.3

#### Competency 4: Customer Focus

| | |
|---|---|
| Is dedicated to meeting the expectations of the customer | 4 - Talented |
| Uses customer feedback to improve products and services | 3 - Skilled |
| Acts with customers in mind | 4 - Talented |
| Establishes effective relationships with customers | 4 - Talented |

Rating:   3 - Skilled                     3.8

#### Competency 5: Delegation

Confidential Mediation Production

PLAINTIFFS00008

Performance Review

| | | |
|---|---|---|
| Delegates both routine and important tasks clearly | 3 - Skilled | |
| Communicates decisions | 3 - Skilled | |
| Shares both responsibility and accountability | 3 - Skilled | |
| Tends to trust people to perform | 3 - Skilled | |
| Lets direct reports and others finish their own work | 3 - Skilled | |
| Rating: 3 - Skilled | | 3 0 |

Competency 6: Drive for Results

| | | |
|---|---|---|
| Can be counted on to meet or exceed goals | 2 - Needs Development | |
| Is a consistent performer | 3 - Skilled | |
| Is very bottom-line oriented | 3 - Skilled | |
| Pushes self and others for results | 2 - Needs Development | |
| Rating: 2 - Needs Development | | 2 5 |

Competency 7: Directing Others

| | | |
|---|---|---|
| Is good at establishing clear directions | 3 - Skilled | |
| Sets stretching goals and objectives for others | 2 - Needs Development | |
| Distributes workload in a well-planned & organized manner | 3 - Skilled | |
| Maintains two-way dialogue with others on work and results | 3 - Skilled | |
| Brings out the best in people | 2 - Needs Development | |
| Is a clear communicator | 3 - Skilled | |
| Rating: 2 - Needs Development | | 2 7 |

Competency 8: Functional/Technical Skills

| | | |
|---|---|---|
| Has the skills to do the job at a high level | 3 - Skilled | |
| Rating: 3 - Skilled | | 3 0 |

Competency 9: Hiring and Staffing

| | | |
|---|---|---|
| Hires the best people internally or externally | 2 - Needs Development | |
| Is not afraid of selecting strong people | 3 - Skilled | |
| Assembles talented staffs | 2 - Needs Development | |
| Rating: 2 - Needs Development | | 2 3 |

Competency 10: Integrity and Trust

| | | |
|---|---|---|
| Is widely trusted by others | 3 - Skilled | |
| Is seen as a direct, truthful individual | 3 - Skilled | |
| Can present the truth in an appropriate and helpful manner | 3 - Skilled | |
| Keeps confidences | 3 - Skilled | |
| Admits mistakes | 3 - Skilled | |
| Does not misrepresent himself/herself for personal gain | 3 - Skilled | |
| Rating: 3 - Skilled | | 3 0 |

Confidential Mediation Production

PLAINTIFFS00009

### Competency 11: Organizing

| | |
|---|---|
| Can marshal resources to get things done | 3 - Skilled |
| Orchestrates multiple activities at once to accomplish goals | 4 - Talented |
| Uses resources effectively and efficiently | 4 - Talented |

Rating:   3 - Skilled                                       3.7

### Competencies Summary

Comments:   3.1

Kelly, at the beginning of your transition to CM at Evanston, it was clear that you were becoming adept at café operations and B&N procedures and processes but we knew you would need to focus on your abilities to actually manage, develop and train a strong staff. As the year has progressed, your operational skills in the café have grown and you have shown a great deal of improvement in your ability to effectively manage your staff.

You are consistently approachable and open to your staff and customers. You are outgoing, inquisitive and a very good listener. Your staff goes to you with questions and concerns. You address their issues and are consistent between staff members. I have seen over the course of this year that you have become more cognizant about how your responses to your staff have an affect when you are gone and I can tell by talking with them that you are giving them clear directions and consistent messages. While you share your frustrations with me, and can show me your irritation, you do work to keep this in check. I think in the coming year, you should continue to address this so that you can keep the level of frustration you experience in check. You generally handling scheduling, delivery and other issues appropriately; realize that because you can handle and control these issues, you have the power to keep your frustration level in check.

Early in the year, you ran into some issues with your first café lead. Jordan had some non-work issues that, while never causing her to miss a shift, did affect her attention when she was working. You worked with me to straddle the line of being concerned while working with Jordan to ensure she performed to standard. Over time, you were able to lessen the time she spent addressing or engaging these issues while at work. Your actions showed that you learned that spending your time addressing these non-work issues took away from your ability to direct the rest of the staff. Now with a new café lead not performing to standard, you have worked quickly to address her performance, regardless of any outside issues. When Melody was having time and attendance problems, you worked with me on an improvement plan and saw improvements as soon as we delivered the plan. You saw from her quick and striking change that the process does work and then you were much quicker to want to employ it when you saw issues develop with your new café lead.

You have a keen ability to analyze your sales and issues in your department. You know your café numbers. You worked well with our previous café manager who became and Assistant Store Manager at our store. You effectively used him as a resource. You were very prepared for every partner visit and seemed to get a great deal of valuable information from those visits. As some hiring decisions have turned out to not be good for the store, you have shown that you are honing your skills at determining the right hires for our café. You do seem to learn from each mistake and take what you learned into the next hire. While at first you were looking for outgoing personalities and were willing to work with some unique scheduling, you found that flexibility became an issue. You also found from one hire that an outgoing personality and flexible schedule did not compensate for a lack of ability to focus on details. You communicate these lessons to me and the most recent hires seem to be much better employees. You effectively use the curriculum and I can see that you and your staff are invested in the process. Your staff is trained thoroughly and they are cognizant about where they are in the process.

In the coming year, you must ensure your staff is completely focused on achieving sales goals and ATV goals. This year, you missed sales by -4.55% and missed ATV by -$0.10. You worked diligently to ensure that the staff was trained and coached and developed and that operations were consistently performed to standard over the year. You learned to let the staff do their job and coach them to disengage from a task to help a customer instead of you jumping in to make sure the customer is taken care of correctly. You enthusiastically motivated your staff using contests and challenges. Earlier this year, you challenged your staff to increase their personal ATVs. Now discussion of ATV has become part of the banter in the café. The most important result is that I have seen much more consistent and effective employment of FUN by your staff. This diligence and attention to detail should have resulted in you hitting your goals, but unfortunately, you did not. Still, do not stop from continuing to focus on training and coaching. You have worked to implement the metrics into the store¿s café culture; now you must work to ensure that each staff member drives these metrics to help you achieve your sales goals.

## Section 2 - Overall Rating and Comments

### Overall Rating and Comments Summary

Rating:   Meets Standards                3.1

Comments:   Kelly, this was a challenging year that you approached with determination and enthusiasm. At any time, you could have given up, but not only did you continue, you worked to come up with better approaches to try to hit your goals. It is clear to me that in your analysis of the cafe, you will figure out what worked and what did not work, and apply that analysis to your next decision. You stay focused and are always full of energy. I really enjoy working with you and I am really excited to see your hard efforts bring you better results in the coming year.

Confidential Mediation Production                                           PLAINTIFFS00010

## Overall Rating

| Final Overall Rating | MS | Meets Standards |
|---|---|---|

Salary as of   01/31/2014   $33,000.00     New Salary           $34,000.00

Please attach a separate sheet for employee comments.

I certify that I have read, understand, and will comply with the Code of Business Conduct and Ethics, as it may be amended by the Company from time to time.

_____          _____
Employee Signature                              Date

_____          _____
Manager Signature                                Date

☑ District Manager's Approval

Return to Evaluation