# EXHIBIT J

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Sat, Aug 17, 2013 at 11:24 AM
Subject: Reviews for Nora
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Nora: Here are the numerical ratings that Dave and I went through and assigned to each person on the cafe staff. The notes next to each subsection are mine alone based on what I've seen working with everyone.

See you next Sunday @ 8am!

Kelly

Confidential Mediation Production

1

PLAINTIFFS00051

Reviews –

Joshua –

- Approachability – 3 – You embody each of the qualities that BN outlines under the position criteria of approachability.  Whether you're asking customers who their favorite superhero is, or what their favorite animal is, you are friendly and outgoing with everyone who comes into the cafe.  You immediately connect with the customers and your peers and you work with every individual to ensure that their needs are met. Your energy and enthusiasm is always apparent, as is your dedication to your work.
- Customer Focus – 2 – You work hard to make every customer's experience unique and memorable.  You offer to upsell customers, and offer them food with their transactions.  And, you provide this customer service while also ensuring that all of your tasks and assignments are done in the cafe.
- Drive for Results – 2 – You are skilled at making your customers the focus of your work at BN. You offer food and beverages to customers, making personal recommendations that are genuine and appropriate to the time of day and customer's needs.  Your growth as a cafe seller has been ongoing and obvious to the management team and your consistency in performance makes you an asset in the cafe.
- Integrity and Trust – 2 – You conduct yourself with integrity in your daily work and are a trustworthy individual.
- General – Working with you in the cafe these past months has truly been a pleasure, Josh.  I know that when you are working, the cafe will look good, our customers will be a priority and engaged by you, and that you will be smiling and making everyone laugh.  When I know that I am going to see you during a weekend shift, I look forward to what your "question of the day" will be and the FUN that will ensue.

Zack –

- Approachability – 2 – You are comfortable talking to customers, and your peers, and can engage in conversations that are necessary and part of the job. Your ability to tailor conversations to the needs of our customers is consistent with the service that we expect from our servers at BN. And, the growth in your confidence in your role in the cafe has been demonstrable since you started.  As we proceed this year, I am excited to see how you continue to grow in your role, working with customers to determine and meet their needs while providing customer service. Your enthusiasm with coworkers is honest and makes working with you a pleasure.
- Customer Focus – 1 – The focus of every interaction with a customer at BN is determining and meeting the customer's needs in a timely and friendly fashion. Engaging in customer conversations related to their cafe experience to determine their needs, as well as upselling and offering food to every customer with every transaction to drive sales and provide memorable customer service is an area that we are working with you on improving. You engage well with customers on the introductory level, but have struggled to transition the conversation to cafe products. The progress that you have made during the short time that you have been a cafe server at 2236 is appreciable and I believe that you are capable of continuing to grow in your role as a cafe server. As your confidence in your role grows, your focus on our customers' needs will grow, as well, and you can become skilled in this area.

- Drive for Results – 1 – As with your customer focus, we expect that you drive for results during your shifts the cafe. This includes upselling, embodying the FUN model and offering food to each customer. You work to meet the challenges that are presented, and have improved measurably in the work that you are doing both behind the bar and with customers. Your knowledge of the cafe product is present, as is your technical proficiency at completing tasks in the cafe. I believe that as you continue to work in the cafe, you will continue to improve at reaching the goals set for you in relation to driving sales.
- Integrity and Trust – 2 – You conduct yourself with integrity in your daily work and are a trustworthy individual.
- General – Zack, this review encompasses the time from your start in the cafe through June 30th, which is a very short time period. Continuing through July and August, I have seen marked progress and growth in your role as a cafe server. You know about the products that we offer, you learn about our new products, and you are comfortable discussing them with coworkers. You are becoming more comfortable discussing our products with customers and making your selling conversations more natural. You have asked pertinent questions of myself and your more tenured coworkers, and it is obvious to me, and the management team, that you are interested in growing your skills. You are genuine and honest in your interactions with your coworkers and customers and you have worked hard to improve in your role as a cafe server. I have seen your growth in position his summer and look forward to seeing you continue to grow as a cafe server.

John –

- Approachability – 2 – You are comfortable talking to customers, and your peers, and can engage in conversations that are necessary and part of the job. Your ability to tailor conversations to the needs of our customers is consistent with the service that we expect from our servers at BN. I am excited to see how you will continue to grow in your role, working with customers to determine and meet their needs while providing excellent customer service. Your enthusiasm with coworkers is genuinely honest and makes working with you a pleasure.
- Customer Focus – 2 – You work hard to make every customer's experience unique and memorable, and to connect with our customers. You offer to upsell customers, and offer them food with their transactions. You have taken the selling conversation from a basic script and become comfortable enough to make it your own and make it a "natural" part of your customer interaction. You remember our regulars and have worked to create relationships with them that are the basis of great customer service. Your courtesy and respect for our customers is recognizable and creates an environment for our customers that is inviting and respectful. One of the best examples of your focus on customer needs is when I have seen you, on multiple occasions, carry a tray out to a handicapped customer or a mom with young kids so they do not have to get up. This choice by you evidences a kindness and awareness of our customers needs and the importance that you place on meeting our customers needs. That is what true customer focus is.
- Drive for Results – 2 – You are skilled at making your customers the focus of your work at BN. You offer food and beverages to customers, making personal recommendations that are genuine and appropriate to the time of day and customer's needs. You have become significantly more comfortable in your role as a salesperson and have worked to tailor the behaviors that we expect into your own style. Your growth as a cafe seller has been ongoing and obvious to the

management team and your consistency in performance makes you an asset in the cafe. As you proceed in your role as a cafe server, I am eager to see your continued development in determining our customers' needs and driving for results in the form of increased sales. You have the personality of a natural salesperson and I look forward to your continued development.
- Integrity and Trust – 2 – You conduct yourself with integrity in your daily work and are a trustworthy individual.
- General – John, it has been a pleasure working with you these past two months and oftentimes, it is hard for me to remember that you have only been here for two months. Your ability to learn new skills and tailor your behavior quickly makes you an asset in the cafe. Your enthusiasm and kindness is genuine, as is your work ethic in the position. When we have conversations on ways to tweak behavior and further engage customers, you ask pertinent questions and you then implement suggestions. I know that when you are working our customers will be a priority and engaged by you. The enthusiasm that you bring to your work is a genuine pleasure to see and I look forward to continuing to work with you in the cafe.

Derek –

- Approachability – 2 – You are comfortable talking to customers, and your peers, and can engage in the conversations that are necessary and part of the job. Your ability to tailor conversations to the needs of our customers is consistent with the service that we expect from our servers at BN. I am excited to see how you will continue to grow in your role, working with customers to determine and meet their needs while providing excellent customer service. Your enthusiasm with coworkers is genuinely honest and makes working with you a pleasure.
- Customer Focus – 2 – You work hard to make every customer's experience unique and memorable, and to connect with our customers. You offer to upsell customers, and offer them food with their transactions, oftentimes telling customers about how much you enjoy a particular drink or product. It is a connection like that which is the core of good customer service. Your courtesy and respect for our customers is recognizable and creates an environment for our customers that is inviting and respectful.
- Drive for Results – 2 – You are skilled at making your customers the focus of your work at BN. You offer food and beverages to customers, making personal recommendations that are genuine and appropriate to the time of day and customer's needs. Your "all in" attitude toward FUN is refreshing and obvious to us on the management team. Your consistency in performance, and your solid work ethic, makes you an asset in the cafe. Although your work in the cafe has been more limited since you started working with Travis in receiving, I am eager to see your continued progress in your role at BN. The fact that you can slip so easily back into your role as a cafe server after time away, whether working a weekend shift or assisting with lunches and breaks, is refreshing.
- Integrity and Trust – 2 – You conduct yourself with integrity in your daily work and are a trustworthy individual.
- General – Derek, it has been a pleasure working with you these past two months. Your work ethic is excellent, and your ability to learn new skills and tailor your behavior quickly makes you a joy to have in the cafe. Your enthusiasm and kindness is genuine, with customers and coworkers. I know that when you are working our customers will be a priority and engaged by you and walk away with a smile, oftentimes even laughing.

Nicole –

- Approachability – 2 – You are comfortable talking to customers, and your peers, and can engage in the conversations that are necessary and part of the job. You have become consistently more comfortable in tailoring your conversations to the needs of our customers, which is something that we expect from our servers at BN.  I am excited to see how you will continue to grow in your role, working with customers to determine and meet their needs while providing excellent customer service. Your enthusiasm with coworkers is genuine and makes working with you a pleasure. The increase in your confidence in position has been measurable, and you have blossomed as a cafe server.
- Customer Focus – 2 – You work hard to make every customer's experience in our cafe memorable, and to connect with our customers.  You upsell customers, and offer them food with their transactions. I have heard you provide vegetarian and vegan options for our customers on multiple occasions, talking about the products that you enjoy, and helping them tailor their order in a way that will conform to their dietary choices.  This personal exchange gives you a platform from which to connect with your customers and provides them with a great experience when visiting our store.
- Drive for Results – 2 – You are skilled at making your customers the focus of your work at BN. Since you started at BN, you have consistently grown in this area and have become significantly more comfortable in your role as a salesperson. You have found a way to connect with our customers that is genuine to you, and memorable to your customers.  You remember who our regular customers are, what their likes and dislikes are, and your kindness toward our customers has helped us in increasing our sales and our success.  You are "all in" in the cafe.  When you are working, not only do I know that the cafe will look great, I know that our customers are taken care of, that you have checked in with them and created an environment that is one I would like to experience as a customer. I am confident that as you continue in your role as a cafe server you will make the transition from "skilled" to "exceeds expectations."
- Integrity and Trust – 2 – You conduct yourself with integrity in your daily work and are a trustworthy individual.
- General – Nicole, it has truly been a pleasure working with you these past three months.  Your work ethic is excellent, and your ability to learn new skills and tailor your behavior quickly makes you an asset in the cafe.  I often have to remind myself that you have not been doing this for a long time.  You work hard to find a way that implementing sales techniques will work with your own personal style, and your excitement when you reach your goals is awesome. Your kindness toward your coworkers (always being willing to pick up a shift and help out) and toward our customers (carrying a tray out to Alice so that she does not have to get up, etc.) is genuine.  You also make suggestions on little changes that we can make in the cafe that will make the customer's experience more pleasant, i.e., modifying the sandwich display so that all of our older customers can see the sandwiches easily. I look forward to the shifts that I work with you, and to seeing your continued growth in position.

Jordan –

- Approachability – 2 – Jordan, your approachability to customers (and your peers) was evident the first day that I met you. It was obvious to me why you were promoted into the lead position after such a short time with the company. You are comfortable talking to customers, and engage in the conversations that are necessary and part of the job. You provide service to our customers

in your unique way and you provide an enjoyable experience for our customers. At times, I have to remind myself that you have been in your position for less than a year. The way that you conduct yourself is consistent with the service that we expect from our leads at BN, and I am confident that you will only continue to grow in position as you work with customers to determine and meet their needs.

- Customer Focus – 2 – You work hard to make every customer's experience in our cafe memorable, and to connect with our customers. You upsell customers, and offer them food with their transactions, making suggestions that are time of day appropriate and take into account the financial side of our business (ie, offering items that we know are going to expire). You will often talk about your favorite items in the cafe, creating a personal connection with our customers that is the cornerstone of memorable customer service. Your ability to tailor your approach to each individual customer, based on your history with them, their needs and what they are looking for, makes it obvious why you are our cafe lead. Additionally, this gives you a platform from which to connect with your customers and provides them with an honest and genuine experience when visiting our store. You know our regular customers and have dedicated the time necessary to develop those relationships, furthering our customer centric goals at BN.
- Drive for Results – 2 – You are skilled at making your customers the focus of your work at BN. I have personally seen how hard you have worked to become comfortable with FUN and integrating it into your sales behaviors. You readily understand the "why" behind the FUN and the purpose for driving sales. Adding this to the meticulous attention that you pay to the appearance of the cafe has helped us increase our sales and create the warm and inviting environment that we provide for our customers. You have worked hard to gain this consistency in the drive for results, which has not gone unnoticed. I am confident that as you continue in your role as a cafe lead you will be able to make the transition from "skilled" to "exceeds expectations."
- Integrity and Trust – 2 – You conduct yourself with integrity in your daily work and are a trustworthy individual.
- General – Jordan, I truly cannot express what a pleasure it has been working with you in the cafe. You helped make my transition from Clybourn to Evanston an easy one. You are friendly and engaging, and you have a true desire to learn. Over the past two months, especially, you have worked very hard to implement the sales behaviors that we expect of our cafe workers in a way that works with your own personal style. You are a natural sales person and continue to improve in your role. I look forward to working with you on completing your cafe lead curriculum and seeing the progress that I know that you can make. You also have worked hard to assist with the training of our new hires in the cafe, teaching them what is right and "above the line" through action and modeling the behavior we expect of our servers. Training new employees is a difficult task that requires even more work of us, the trainers, than what we would be doing if we just completed the tasks ourselves. At times, this can be frustrating to those of us that train people, but I have seen you retain your patience during the training process, which is no small feat. The investment of time and teaching is key to creating the staff that our customers deserve and is paramount to us creating a solid and stable staff of servers that will be with us for a long time. You have worked hard to go at each trainee's individual pace, providing them with the knowledge needed to do their job. You impart tips to them that you have learned over time to assist them in doing their jobs and growing in their own position. I am excited to see your continued progress in position.