# EXHIBIT K

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Fri, Oct 24, 2014 at 11:37 AM
Subject: FOR JON
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Jon:

Attached is the cafe schedule for the week of November 9-15, 2014.

There are 3 days where I will need some type of assistance from Derek and/or another cafe trained person and/or a manager to help cover breaks in the cafe when we have newer people there (being cautious now, and both Carmen and Kelly may be further along when we actually get to that date). Those are as follows:

1. Sunday -- help covering Alex's dinner break.

2. Tuesday -- help covering Nick's breaks.

3. Wednesday -- help covering Alex's dinner break.

I've noticed that the template on those days seems to have someone in the building who is cafe trained who can help.

Generally, I've put the breaks where I would like to have them, but if we need to tweak that in order to provide coverage at those times, make the decision and roll with it.

Also, thanks for making the handwritten changes to next week's dailies that we talked about last night (late when tired and forgetful). Wednesday is the only day that we may need some help from Mike in the cafe until Carmen gets in at 1.30. Historically it is a slow time and we don't even more into double coverage until noon, but Brittany will need some assistance over there and to have her lunch earlier.

Thanks so much for all your help on getting that order put away and with the schedule. I'm using a fancy version of Excel, so you may just have to copy my shifts into your document, but all my color coding is correct! Thank you so much and have a great week.

Kelly

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Wed, Jul 10, 2013 at 11:01 PM
Subject: Jordan's Schedule week of July 14, 2013
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Sunday, July 14, 2013 -- Take Zack off schedule, add Jordan 3p-9:30 pm

Tuesday, July 16, 2013 -- Take John off schedule, add Jordan 8a-4p

Wednesday, July 17, 2013 -- Take Joshua off schedule, add Jordan 3p-10:30p

Friday, July 19, 2013 -- Add Jordan to schedule 3p-10:30p

Saturday, July 20, 2013 -- Add Jordan to schedule 8:45a-5p

I have the dailies with these handwritten notations to bring in on Thursday am.

KB

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Tue, Nov 4, 2014 at 7:20 PM
Subject: NOVEMBER WEEK 3 SCHEDULE FOR CAFE
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Nora --

here is the schedule for the cafe for November Week 3. All lunches and breaks are covered.

Kelly

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Wed, Oct 9, 2013 at 10:57 AM
Subject: October Schedule week of October 20, 2013
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Dave --

Here's the schedule for the week of October 20, 2013.

1. The only day I need some help from Derek (dedicated help, that is) is on Wednesday, from 10-12pm. With people's school schedules, Jesse taking several days off and having to work around the visit on Tuesday with Karen Garvey I'm short a person for just that 2 hour period. If Derek works in cafe 10-12 with John, I can then have Ryan do the 12-8 shift and only need 2 other people that day. If that doesn't work, let's talk first thing Thursday.

2. John -- I've only given him 1 cafe shift so that he can be used on the floor that week. That being said, if possible, can you schedule him on Saturday so that he can be dedicated lunch coverage in the cafe from 11-12? And then assist with breaks for the openers? I'd greatly appreciate it. There's not a home game that day, but weather will be getting chilly and getting busier.

3. Melody -- I gave her 3 shifts in the cafe, so if you want to use her, feel free.

4. Zack -- I gave him 2 shifts, so if you need him to add a third, feel free.

Kelly

PS -- Sorry to email it to you, but I figured you'd want to get the schedule done today since you've been gone.

PPS -- This is the last week of October and you, Jordan and I are going to do inventory Saturday night -- THANKS SO MUCH:)

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Mon, Sep 9, 2013 at 10:47 AM
Subject: REVISED Cafe Schedule
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Dave -- Here's the revised cafe schedule. I've also numbered the weekly tasks and assigned them out to the appropriate shifts on the dailies. can you please make sure that those #'d tasks make it to your dailies? And also the dailies for next week? Then, the weekly tasks are always ready to be printed and assigned out!

I'll be in at 2.30 today so if you have any questions we can go over it. Total hours, even with inventory, is at 175.65.

-KB

Confidential Mediation Production

1

PLAINTIFFS00052

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Tue, Sep 10, 2013 at 12:20 PM
Subject: REVISED October Week 1
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Dave:

Here's the revised October Week 1 schedule after we talked yesterday. Lemme know what you think.

KB

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Thu, Jun 27, 2013 at 7:12 PM
Subject: Revised Schedule w/o July 7th
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Nora --

Here is the revised schedule for the week of July 7th, taking into account John's morning availabilities. He is opening with Jordan tomorrow, with me on Monday and Wednesday, and then Thursday I'm going to have him open the cafe while I'm at the manager meeting (figuring if he has any problems he can always call up). He's doing very well and I think opening is going to come quite easily to him.

See you tomorrow,

Kelly

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Mon, Sep 9, 2013 at 12:04 PM
Subject: Cafe Schedule - October Week 1 - wo 9-29-13
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Dave -- Here's the October Week 1 schedule (with updated October WLP on all days). Breaks and lunches are done. There are 2 days on there where I indicated D'Angelo for cross training with Jordan. Last I spoke to Nora we really need to get this done.

See ya later!

KB

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Sat, Sep 21, 2013 at 8:26 PM
Subject: Cafe Schedule - October Week 2
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Dave:

Attached is the Cafe October Week 2 schedule. For Saturday when we need additional coverage for 2 hours, can you please pop Matt into the cafe for those 2 hours? I only used John 2x.

I'm opening Monday, so let me know if you have any questions then!

Kelly

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Tue, Jul 16, 2013 at 11:18 PM
Subject: Cafe Schedule August Week 1
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Dave -- for you, August Week 1. I had trouble loading the WLP template onto my computer so I need to double-check the suggested hour allocations.

also, want to discuss a scheduling thing with you on here to get your opinion. Let's talk when you're in at 3pm.

It's late, but I'm going to work on Week 2 of August now so you have that too.

KELLY

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Wed, Jun 26, 2013 at 8:31 PM
Subject: Cafe Schedule w/o July 7, 2013
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

For Thursday.

Confidential Mediation Production

1

PLAINTIFFS00036

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Wed, Jul 10, 2013 at 10:53 PM
Subject: Cafe Schedule W/O July 21, 2013
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Cafe schedule for week of July 21, 2013, with lunches and breaks listed.

KB

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Sat, Sep 7, 2013 at 11:41 AM
Subject: Cafe Schedule w/o September 22, 2013
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Dave:

Let's discuss this in person today. Need to run 2-3 training things by you.

Gracias,

Kelly

Confidential Mediation Production

PLAINTIFFS00038

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Mon, Dec 2, 2013 at 10:05 PM
Subject: December Week 4
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Schedule for KB -- print and review in AM.

Confidential Mediation Production

1

PLAINTIFFS00039

From: **Kelly Brown** <kelly.christine.brown@gmail.com>
Date: Fri, Dec 12, 2014 at 6:08 PM
Subject: December week ending 12/27
To: Barnes & Noble Sherman Plaza <CRM2236@bn.com>

Jon --

Here's the cafe schedule for the week ending 12/27.

Thanks!

Kelly