USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY BROWN et al.,

                Plaintiffs,

-against-

BARNES AND NOBLE, INC.,

                Defendant.

**ORDER**

16-cv-07333 (RA) (KHP)

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

    This Court was informed during the conference held on October 4, 2017 that Plaintiff Tabitha McDonald has failed to participate in this action and has failed to respond to discovery requests. By no later than **Wednesday, October 18, 2017,** Ms. McDonald shall provide dates in October and early November on which she available to be deposed, as well as provide her responses to Defendant's discovery requests to her counsel. By **October 18, 2017**, Plaintiff McDonald also shall file a letter with the Court indicating that she intends to proceed with this litigation or, alternatively, that she wishes to withdraw as a plaintiff. Failure to comply with these directives will result in Plaintiff McDonald's dismissal from this action for failure to prosecute.

    Counsel for Plaintiffs shall serve a copy of this Order on Plaintiff McDonald.

SO ORDERED.

Dated:  October 4, 2017
           New York, New York

                                                KATHARINE H. PARKER
                                                United States Magistrate Judge