```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY BROWN et al.,

                Plaintiffs,

-against-

BARNES AND NOBLE, INC.,

                Defendant.

**ORDER**

16-cv-07333 (RA) (KHP)

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

    Discovery is hereby extended to **February 29, 2020**. A settlement conference is hereby scheduled for **January 31, 2020 at 10:00 a.m.** in Courtroom 17-D, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel, absent permission from this Court. Corporate parties must send a person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice and the Court's direction from the discovery call on November 18, 2019. Pre-conference submissions must be received by the Court no later than **January 24, 2020 at 5:00 p.m.**

    SO ORDERED.

Dated:   November 19, 2019
           New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge