**DrinkerBiddle&Reath**
L L P

*Law Offices*

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

(215) 988-2700 phone
(215) 988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/09/2020

January 9, 2020

**VIA ECF FILING**
The Honorable Katharine H. Parker, U.S.M.J.
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

01/09/2020

Re:     **Brown v. Barnes & Noble, Inc.**
        **Civil Action No. 16-CV-07333 (RA) (KHP)**

Dear Judge Parker:

This firm represents defendant Barnes & Noble, Inc., in the above-referenced case. I write to respectfully request that Your Honor adjourn today's telephone conference.

As set forth in the Court's Order of January 6, 2020, the parties are scheduled to appear before Your Honor today, January 9, 2020, at 4:45 p.m., for a telephonic pre-motion conference in advance of Barnes & Noble filing a Motion to Quash Plaintiffs' Subpoena to Counsel. Yesterday, Barnes & Noble filed a Motion for Reconsideration (Dkt. 278) of Your Honor's December 25, 2019 Order and Opinion regarding Plaintiffs' Motion to Compel Documents (Dkt. 276). We respectfully request that today's pre-motion telephone conference be adjourned until after Your Honor has ruled on the Motion for Reconsideration. Plaintiffs do not oppose this request.

Thank you for Your Honor's courtesies regarding this matter.

Respectfully submitted,

/s/ *Daniel H. Aiken*

DANIEL H. AIKEN

cc:  Counsel of Record (via ECF filing)

*Established* 1849

121639276