```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY BROWN et al.,

                Plaintiffs,

      -against-

BARNES AND NOBLE, INC.,

                Defendant.

**ORDER**

16-cv-07333 (MKV) (KHP)

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

    By no later than **October 15, 2020**, the parties are directed to file a joint letter regarding the status of discovery. This letter should specifically address what discovery has been conducted and what discovery remains to be conducted, including whether depositions have been conducted or scheduled. The letter should be filed on ECF.

SO ORDERED.

Dated:  September 15, 2020
          New York, New York

                                              KATHARINE H. PARKER
                                              United States Magistrate Judge