```
Case 1:16-cv-07333-MKV-KHP   Document 334   Filed 11/19/20   Page 1 of 1
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY BROWN et al.,

                               Plaintiffs,

          -against-

BARNES AND NOBLE, INC.,

                               Defendant.
-----------------------------------------------------------------X

**ORDER**

1-16-cv-07333 (MKV) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As directed at yesterday's status conference before the Court, the parties shall continue to meet and confer to limit issues and to determine what eDiscovery remains outstanding in this case. Another court conference has already been scheduled in this action for December 15, 2020 at 2:00 p.m. In advance of that conference, the parties shall file a joint letter to the Court outlining the agenda items to be discussed and the parties' respective positions concerning any outstanding discovery disputes/issues that exist. The joint letter shall be no more than four pages in length and shall be filed at least three business days before the December 15 conference. The parties are referred to yesterday's conference transcript for the Court's directions on the other discovery issues addressed.

      SO ORDERED.

Dated: November 19, 2020
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge