UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KELLY BROWN and TIFFANY : Case No. 16-cv-7333 (MKV) (KHP)
STEWART, individually and on behalf of :
all others similarly situated, as :
Class/Collective representatives, :
 :
    Plaintiffs, :
 :
    v. :
 :
BARNES & NOBLE, INC., :
 :
    Defendant. :
---------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT the parties have settled this matter. The parties are preparing the settlement documents and will seek approval of the settlement thereafter. The parties anticipate filing a motion for approval by January 31, 2021 if that is acceptable to the Court.

Dated: December 30, 2020      Respectfully submitted,

    By: s/Michael J. Palitz
    Michael J. Palitz
    SHAVITZ LAW GROUP, P.A.
    800 3rd Avenue, Suite 2800
    New York, New York 10022
    Tel: (800) 616-4000

    Gregg I. Shavitz*
    Camar Jones*
    SHAVITZ LAW GROUP, P.A.
    981 Yamato Road, Suite 285
    Boca Raton, Florida 33431
    Tel: (561) 447-8888

    Marc S. Hepworth
    Charles Gershbaum
    David A. Roth

Rebecca S. Predovan
HEPWORTH, GERSHBAUM & ROTH, PLLC
192 Lexington Ave, Suite 802
New York, New York 10016
Tel: (212) 545-1199

***Attorneys for Plaintiffs***